IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 17-20621 |
| Timothy M. Barrett, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | Document No. |
| _____ | ) | |
| | ) | |
| Timothy M. Barrett, | ) | Related to Doc. No.   17 |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| No Respondents. | ) | |

**ORDER**

AND NOW, upon consideration of Debtor's Motion to Reconsider Order Dismissing Case, it is hereby ORDERED that the Order of Court Dismissing Case dated March 21, 2017 is hereby VACATED.

Date:  March 23, 2017

_____
United States Bankruptcy Judge
                                    dms

FILED
3/23/17 1:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-20621-CMB
Timothy M. Barrett                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Mar 23, 2017
                    Form ID: pdf900    Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2017.
```
db             +Timothy M. Barrett,    108 Galaxy Way,    Yorktown, VA 23693-3038
14367559       +First Data,    1910 Cochran Road,    Pittsburgh, PA 15220-1225
14375952       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14367561       +Steven R. Minor,    110 Peidmont Avenue #300,    Bristol, VA 24201-4244
14367562       +U.S. Attorneys Office,    Western District of PA,    4000 U.S. Post Office & Courthouse,
                 700 Grant Street,    Pittsburgh, PA 15219-1906
14367563       +Valerie Jill Rhudy Minor,    417 Meadow Drive,    Bristol, VA 24201-1537
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14367560       +E-mail/Text: cio.bncmail@irs.gov Mar 24 2017 01:01:22     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
14367558        E-mail/Text: bkr@taxva.com Mar 24 2017 01:01:47     Commonwealth of Virginia,
                 Department of Taxation,    PO Box 1115,    Richmond, VA 23218
                                                                                             TOTAL: 2
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2017 at the address(es) listed below:
```
              Brian C. Thompson    on behalf of Debtor Timothy M. Barrett bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 3
```