MINUTES OF CHAPTER 12 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Barrett                                    JAD/TPA/(CMB)/GLT
Date of Meeting: 4/24/17
Case Number: 17-20621    Recording #_____
Debtor(s) present ___ or Not Present ✓ /No Payments Made or ___ partial payments)
Attorney for debtor(s) Thompson Lemon (Present ✓ or Not Present ___)
Date of Plan at § 341: _____    Applicable commitment period ___ 3 yrs ___ 5 yrs

**FILED**
2017 APR 27 A 10: 24
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

E. Gunn - Asst Atty General
    Child Support Enforcement

J. Locnikar - IRS

S. Minor - Jill Minor

A. Robletb - Jill Minor.

Creditors request a Contested
Confirmation hearing.

____ Meeting HELD and CONCLUDED
____ Meeting HELD but CONTINUED (not closed)
✓ Meeting NOT HELD    ____ Order to Show Cause Requested
Contested Hrg requested    ____ To be rescheduled by Clerk
____ Confirmation Order recommended ____ Final ____ Interim
____ Amended Plan due: _____; Objections due: _____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
____ 341 Meeting OR ____ Conciliation Conf. OR ✓ *Contested Hearing
On 6/7/17   at 10:00 am/pm Location Courtroom B.

_Jana S Paul_
Chapter 13 Trustee/Attorney for Trustee