## PROCEEDING MEMO

Date: 06/07/2017 10:00 am

In re: Timothy M. Barrett

Bankruptcy No. 17-20621-CMB
Chapter: 13
Doc. # 29 & 30

**Appearances:** Brett Lemon for Debtor, Elizabeth Gunn, Division of Child Support and Enforcement, Aurelius Robleto for Jill Miner and Steve A/miner from VA. Locnikar for IRS.

**Movant(s):** Winnecour / Pail / Bedford / Katz

**Respondent(s):** Brian C. Thompson, Esq. for Debtor

**Creditor(s):** Jill Locnikar, Esq. for USA, IRS
Elizabeth Gunn, Esq. for Cmwlth of Virginia, Dept. of Social Services
Aurelius Robleto, Esq. for Valerie Jull Rhudy Minor

**Nature of Proceeding:** #30 Contested Plan dated 3/20/2017 Hearing

**Additional Pleadings:** #13 Plan dated March 20, 2017
#24 Objection of United States of America, IRS
#28 Objeciton of Valerie Jill Rhudy Minor

**Judge's Notes:**

**Outcome:**

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

Katz - feasibility an issue even if payments being made. Payments need to be in excess of $10k.
2 weeks for Debtor's counsel to decide to dismiss/convert.
Gunn has no objection.

Court will enter without hearing. If nothing done, hearing scheduled.

Robleto asked for dismissal with prejudice, which was denied.

**FILED**

JUN -7 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

Carlota M. Böhm
U.S. Bankruptcy Court