# PROCEEDING MEMO

Date: 07/19/2017 10:00 am

In re: Timothy M. Barrett

Bankruptcy No. 17-20621-CMB
Chapter: 13
Doc. # 29, 30 & 35

**Appearances:** Brett Lemon for Debtor    Steve Minor for Valerie Minor on phone

**Movant(s):** Winnecour / Pail / Bedford / Katz

**Respondent(s):** Brian C. Thompson, Esq. for Debtor

**Creditor(s):** Jill Locnikar, Esq. for USA, IRS    Jill Locnikar for IRS
~~Elizabeth Gunn, Esq. for Cmwlth of Virginia, Dept. of Social Services~~
Aurelius Robleto, Esq. for Valerie Jull Rhudy Minor
Robleto

**Nature of Proceeding:** #30 Contested Plan dated 3/20/2017 Hearing

**Additional Pleadings:** #13 Plan dated March 20, 2017
#24 Objection of United States of America, IRS
#28 Objeciton of Valerie Jill Rhudy Minor

**Judge's Notes:**                    Motion to convert filed, so this is moot.

**Outcome:**

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

**FILED**

JUL 19 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA