## PROCEEDING MEMO

Date: 08/22/2017 01:30 pm

In re: Timothy M. Barrett

Bankruptcy No. 17-20621-CMB
Chapter: 7
Doc. # 42

**Appearances:** *Brett Lemon* ✓

**Movant(s):** ~~Brian C. Thompson~~, Esq. for Debtor

**Respondent(s):**

**Creditor(s):**

**Nature of Proceeding:**    #42 Status Conference re 1019 Report not filed ✓

**Additional Pleadings:**    *Debtor present* ✓

**Judge's Notes:**    *1019 filed*

**Outcome:**

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

**FILED**

AUG 22 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA