**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 17-20621-CMB |
| TIMOTHY M. BARRETT, | Chapter 7 |
| Debtor. | |
| -------------------------------------------------- | Related to Doc. No. ____ |
| VALERIE JILL MINOR, | |
| Movant, | Doc. No. ____ |
| v. | |
| TIMOTHY M. BARRETT and ROSEMARY C. CRAWFORD, Chapter 7 Trustee, | |
| Respondents. | |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF VALERIE JILL MINOR TO REQUIRE THE TRUSTEE TO ABANDON PROPERTY OF THE ESTATE**

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than June 7, 2018 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on June 26, 2018 at 1:30 p.m. before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: May 21, 2018

/s/ Aurelius Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO LAW, PLLC
Three Gateway Center
401 Liberty Avenue, Suite 1306
Pittsburgh, PA 15222
Tel: (412) 925-8194
Fax: (412) 346-1035
apr@robletolaw.com