**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>TIMOTHY M. BARRETT,<br>　　Debtor.<br>-----------------------------------------<br>VALERIE JILL MINOR,<br>　　Movant,<br>　　　　v.<br>TIMOTHY M. BARRETT and<br>ROSEMARY C. CRAWFORD, Chapter 7 Trustee,<br>　　Respondents. | Case No. 17-20621-CMB<br><br>Chapter 7<br><br>Related to Doc. No. 45, 54 and 67<br><br>Doc. No. ____ |

**ORDER GRANTING MOTION TO REQUIRE
THE TRUSTEE TO ABANDON PROPERTY OF THE ESTATE**

Upon consideration of the Motion of Valerie Jill Minor (the "*Movant*") to require Rosemary C. Crawford, Chapter 7 Trustee (the "*Trustee*") to abandon property of the estate, and notice appearing appropriate and good cause appearing therefor, it is hereby

ORDERED that the Trustee is hereby compelled, pursuant to 11 U.S.C. § 554(b), to abandon the following property of the estate:

1.　The Debtor's claim to the $10,715 in funds held by the Clerk of the City of Bristol (Virginia) Circuit Court;

2.　The Debtor's claim filed against the Movant in 2015 for more than $1,000,000 in compensatory and punitive damages; and

3.　The Debtor's claim filed against the Movant in 2010 for more than $30,000,000 in compensatory and punitive damages; and it is further

ORDERED that this Court shall retain jurisdiction over the interpretation and enforcement of this Order.

Entered: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Carlota M. Böhm,
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge