# PROCEEDING MEMO

Date: 06/26/2018 01:30 pm

In re: Timothy M. Barrett

Bankruptcy No. 17-20621-CMB
Chapter: 7
Doc. # 83

**Appearances:**

Movant(s):       Aurelius Robleto, Esq. for Movant ✓

Respondent(s):   Brian Thompson, Esq. for Debtor ✓

Creditor(s):     Rosemary Crawford ✓

Nature of Proceeding:  # 83 Motion to Abandon filed by creditor Valerie Jill Rhudy Minor

Additional Pleadings: #82 Notice of Hearing
                     #84 Trustee's Objection  & 85 Certificate of Service

Judge's Notes:    Proposed Order to be filed in 14 days with Certif. of Counsel.

Outcome:

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
                           Respondent(s) brief due____days
                           Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
6/26/18 4:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA