# PROCEEDING MEMO

Date: 08/28/2018 02:30 pm

In re: Timothy M. Barrett

Bankruptcy No. 17-20621-CMB
Chapter: 7
Doc. # 91

**Appearances:**

Movant(s):    Rosemary C. Crawford, Trustee ✓

Respondent(s):    Timothy M. Barrett

Creditor(s):    *[signatures]* ✓

**Nature of Proceeding:** #91 Trustee's Motion to Direct Bristol, VA Circuit Court to Disburse Escrowed Funds Over to Trustee Rosemary C. Crawford

**Additional Pleadings:** #92 Notice of Hearing
#93 & 94 Certificate of Service
#100 Objection of Valerie Jill Monor
#104 Trustee's Response to Valerie Jill Minor's Objection

**Judge's Notes:**

**Outcome:**

____Motion is GRANTED____Order Entered ✓  *modified*
✓ Motion is DENIED ✓ Order entered
____Motion WITHDRAWN
____Motion is DISMISSED____Order entered
____Reschedule for Proper Service
____Case DISMISSED____Order entered
____Parties to submit Order/Settlement/Stipulation by____days
____CONTINUED MATTER: ____for at least____days (Court to Issue Order)
____ISSUE EVIDENTIARY HEARING NOTCE
____Discovery time needed____days
____Briefs to be filed:    Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

FILED
8/28/18 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U.S. Bankruptcy Court