IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>TIMOTHY M. BARRETT,<br>    Debtor.<br>---<br>ROSEMARY C. CRAWFORD,<br>Chapter 7 Trustee,<br>    Movant,<br>v.<br>TIMOTHY M. BARRETT, TWENTY-EIGHTH JUDICIAL CIRCUIT COURT, etc., and VALERIE JILL MINOR,<br>    Respondents. | Case No. 17-20621-CMB<br><br>Chapter 7<br><br>Related to Doc. No. 91 |

**ORDER DENYING TRUSTEE'S MOTION TO DIRECT BRISTOL, VA CIRCUIT COURT TO DISBURSE ESCROWED FUNDS OVER TO TRUSTEE ROSEMARY C. CRAWFORD**

Upon consideration of the Trustee's Motion to Direct Bristol, VA Circuit Court to Disburse Escrowed Funds over to Trustee Rosemary C. Crawford, and the Response of Valarie Jill Minor thereto, and notice appearing appropriate, it is hereby

ORDERED that the referenced Motion is hereby DENIED without prejudice; and it is further

ORDERED that any parties in interest are authorized and granted relief from stay to the extent necessary to resolve the ownership dispute of the funds at issue in the Courts of the Commonwealth of Virginia. In the event that a determination is made that money is property of Debtor, then any funds shall be disbursed to the Trustee, not the Debtor, unless an exemption is allowed; and it is further

ORDERED that this Court shall retain jurisdiction over the interpretation and enforcement of this Order.

Entered: August 28, 2018

FILED
8/28/18 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm,
United States Bankruptcy Judge