## PROCEEDING MEMO

**Date: 10/02/2018 02:30 pm**

**In re: Timothy M. Barrett**

**Bankruptcy No. 17-20621-CMB**
**Chapter: 7**
**Doc. # 101**

**Appearances:**

**Movant(s):    Rosemary C. Crawford, Trustee** ✓

**Respondent(s):  Larry Wahlquist, Esq. for US Trustee**

**Creditor(s):**

**Nature of Proceeding:  #101 Trustee's Objection to Debtor's Claim of Exemptions**

**Additional Pleadings: #102 Notice of Hearing**
**#103 Certificate of Service**
**CNO Not filed**

**Judge's Notes:**

**Outcome:**

___✓___Motion is GRANTED__✓__Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:      Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

**Carlota M. Böhm**
**U.S. Bankruptcy Court**

FILED
10/2/18 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA