## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>TIMOTHY M. BARRETT,<br>    Debtor.<br>-------------------------------------<br>VALERIE JILL MINOR,<br>    Movant,<br>             v.<br>TIMOTHY M. BARRETT and<br>ROSEMARY C. CRAWFORD,<br>Chapter 7 Trustee,<br>    Respondents. | Case No. 17-20621-CMB<br><br>Chapter 7<br><br>Related to Doc. No. ____<br><br>Doc. No. ____ |

**CERTIFICATE OF SERVICE OF RESPONSE TO DEBTOR'S MOTION TO DISMISS**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 25, 2019.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic notification via the ECF Notification System and first-class mail.

EXECUTED ON: March 25, 2019

   /s/ Aurelius Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO LAW, PLLC
Three Gateway Center
401 Liberty Avenue, Suite 1306
Pittsburgh, PA 15222
Tel: (412) 925-8194
Fax: (412) 346-1035
apr@robletolaw.com

**17-20621-CMB Notice will be electronically mailed to:**

Rosemary C. Crawford
crawfordmcdonald@aol.com, PA68@ecfcbis.com

Rosemary C. Crawford on behalf of Trustee Rosemary C. Crawford
crawfordmcdonald@aol.com, PA68@ecfcbis.com

Elizabeth L. Gunn on behalf of Creditor Commonwealth of Virginia, Dept. of Social Services, Division of Child Support Enforcement
elizabeth.gunn@dss.virginia.gov

Jill Locnikar on behalf of Creditor United States of America Department of the Treasury, Internal Revenue Service
jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Aurelius P. Robleto on behalf of Creditor Valerie Jill Rhudy Minor
apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com

Larry E. Wahlquist on behalf of U.S. Trustee Office of the United States Trustee
larry.e.wahlquist@usdoj.gov

**17-20621-CMB Notice via first-class mail:**

Timothy M. Barrett
108 Galaxy Way
Yorktown, VA 23693