## PROCEEDING MEMO

Date: 04/09/2019 01:30 pm

In re: Timothy M. Barrett

Bankruptcy No. 17-20621-CMB
Chapter: 7
Doc. # 120

**Appearances:**

Movant(s): Timothy M. Barrett, Pro Se ✓

Respondents:  Aurelius Robleto, Esq. for Valerie Jill Rhudy Minor ✓
Rosemary C. Crawford, Trustee ✓
Larry Wahlquist, Esq. for US Trustee

**Creditor(s):**

**Nature of Proceeding:** # 120 Motion to Dismiss Case

**Additional Pleadings:** #119 Letter from Chief Deputy re correspondence received
#125 Trustee's Objection & #126 Certificate of Service
#127 Letter from Chief Deputy re correspondence received
#128 Response of Valerie Jill Rhudy Minor

**Judge's Notes:**           Cont July 1 at 2:30.

**Outcome:**

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED       Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED       Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                              Respondent(s) brief due _____ days
                              Trustee's brief due _____ days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
4/9/19 3:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA