## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No.17-20621 CMB |
| TIMOTHY M. BARRETT | |
| Debtor(s) | Related to Doc. #120 |
| | Chapter 7 |

### ORDER OF COURT

AND NOW, this 11th day of April, 2019.

**IT IS HEREBY ORDERED** that a hearing on the Motion to Dismiss and all Responses (including the debtor's letter dated April 3, 2019) to the Motion to Dismiss is scheduled for **July 1, 2019 at 2:30 p.m.** in Courtroom B, 54th Floor US Steel Tower, 600 Grant Street, Pittsburgh PA 15219.

BY THE COURT:

_____
United States Bankruptcy Judge

Cc: Timothy M. Barrett