IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Bankruptcy No. 17-20621-CMB |
| ) | |
| TIMOTHY M. BARRETT, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | Related to Doc. No. 120, 136, 137 |
| ) | |
| TIMOTHY M. BARRETT, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| VALERIE JILL MINOR and ) | |
| ROSEMARY C. CRAWFORD, ) | |
| Chapter 7 Trustee, ) | |
| ) | |
| Respondents. ) | |

**ORDER OF COURT**

**AND NOW,** this **3rd day of July, 2019**, whereas a hearing was held on July 1, 2019 on the *Motion to Dismiss Case* filed by Debtor Timothy M. Barrett at Doc. No. 120, and whereas during said hearing the Court ordered that a consent order regarding, *specifically*, the abandonment of litigation at Case No. CL10-145 in Grayson County Circuit Court was to be filed with this Court by July 3, 2019 at 12:00 p.m., and whereas no such consent order has been filed regarding said litigation, it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. Counsel for Valerie Jill Minor and Rosemary C. Crawford, Chapter 7 Trustee, must file a consent order regarding the abandonment of litigation at Case No. CL10-145 with this Court by July 12, 2019. Such order must contain negative notice and counsel for Valerie Jill Minor is directed to serve said order and file a certificate of service.

2. If counsel for Valerie Jill Minor and Rosemary C. Crawford, Chapter 7 Trustee cannot reach an agreement *regarding the abandonment of litigation at CL10-145*, then counsel for Valerie Jill Minor is to file a Status Report by July 12, 2019.

BY THE COURT,

_____
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
7/3/19 2:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA