**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>TIMOTHY M. BARRETT,<br>　　Debtor.<br>-----------------------------------------<br>TIMOTHY M. BARRETT,<br>　　Movant,<br>　　v.<br>VALERIE JILL MINOR and<br>ROSEMARY C. CRAWFORD,<br>Chapter 7 Trustee,<br>　　Respondents. | Case No. 17-20621-CMB<br><br>Chapter 7<br><br>Related to Doc. Nos. 78, 83, 89, 91, 113, 120, 128, 137, 138, 141<br><br>Doc. No. ____ |

**STATUS REPORT**

By its prior order, Doc. 113, this Court granted the parties relief from the automatic stay to obtain a ruling on the ownership of the $10,715 on deposit in state court in connection with *Barrett v. Com.*, Case No. CJ 09-03.

On August 1, 2019, the Grayson County Circuit Court entered the attached order.

Date: August 26, 2019

　　　　　　　　　　　　　　　　　　　　　　　/s/ Aurelius P. Robleto
　　　　　　　　　　　　　　　　　　　　　　Aurelius P. Robleto
　　　　　　　　　　　　　　　　　　　　　　PA I.D. No. 94633
　　　　　　　　　　　　　　　　　　　　　　ROBLETO KURUCE, PLLC
　　　　　　　　　　　　　　　　　　　　　　6101 Penn Avenue, Suite 201
　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15206
　　　　　　　　　　　　　　　　　　　　　　Tel: (412) 925-8194
　　　　　　　　　　　　　　　　　　　　　　Fax: (412) 346-1035
　　　　　　　　　　　　　　　　　　　　　　apr@robletolaw.com