**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **BARRETT, TIMOTHY M.** | ) | Case No. 17-20621-CMB |
| | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| **BARRETT, TIMOTHY M.** | ) | Doc. No. |
| | ) | **Related to Doc. No. 113, 120, 136, 138** |
| Movant, | ) | |
| **ROSEMARY C. CRAWFORD, TRUSTEE,** | ) | **Hearing Date: 9/12/19@2:00pm** |
| Respondent. | ) | |
| | ) | |
| | ) | |
| | ) | |

**TRUSTEE'S MOTION FOR ADJOURNMENT OF HEARING**

AND NOW comes Rosemary C. Crawford, Chapter 7 Trustee for the Bankruptcy Estate, by and through the law firm of Crawford McDonald, LLC, and files Trustee's Motion for Adjournment of the Hearing Scheduled for September 12, 2019 at 2:00p.m., as follows:

1) Rosemary C. Crawford was appointed and qualified as the Trustee upon the conversion of this case to Chapter 7 on or about July 20, 2017.

2) This Honorable Court has jurisdiction pursuant to 28 U.S.C. §157.

3) This is a core proceeding within the meaning of 28 U.S.C. §157.

4) A Hearing is scheduled for September 12, 2019.

5) The Trustee has a scheduling conflict, and requests that the Hearing be rescheduled to another date, or in the alternative that she be excused from attending the hearing as the Trustee has no additional information to provide on the issues concerning this case at this time; and several status reports have been filed outlining issues and facts.

6) Upon learning of said conflict today, the Trustee contacted the Debtor and Steven Minor, Esquire to discuss the scheduling conflict. Mr. Minor indicated that he was unable to attend the hearing as well. The Trustee has not heard from the Debtor at this time.

WHEREFORE, the Trustee prays that the court adjourn this matter, or in the alternative excuse the Trustee from attending said hearing.

Dated: September 10, 2019

Respectfully submitted,

/s/Rosemary C. Crawford
Rosemary C. Crawford, Trustee
Crawford McDonald, LLC
P.O. Box 355
Allison Park, PA 15101
Pa. I.D. No. 56981
(724) 443-4757
crawfordmcdonald@aol.com