**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **BARRETT, TIMOTHY M.** | ) | Case No. 17-20621-CMB |
| | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| **BARRETT, TIMOTHY M.** | ) | Doc. No. |
| | ) | Related to Doc. No. 113, 120, 136, 138 |
| Movant, | ) | |
| **ROSEMARY C. CRAWFORD, TRUSTEE,** | ) | Hearing Date: 9/12/19@2:00pm |
| Respondent. | ) | |
| | ) | |
| | ) | |

## ORDER OF COURT
## APPROVING MOTION FOR ADJOURNMENT

AND NOW, this __10th__ day of __September__, 2019, upon consideration of the within Motion for Adjournment it is,

ORDERED, ADJUDGED, and DECREED that said Motion has been GRANTED and the hearing scheduled for September 12, 2019, is CANCELLED and rescheduled to __October 17__, 201_9_ at __2:45 p.m.__;

FILED
9/10/19 1:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Chief Judge Carlota Böhm  dmk
United States Bankruptcy Judge