UNITED STATES BANKRUPTCY COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, Pennsylvania 15219-2801
Telephone: (412) 644-4052

Michael R. Rhodes
CLERK OF COURT

September 16, 2019

Timothy M. Barrett
108 Galaxy Way
Yorktown, VA 23693

Re: *In re Barrett*; Case No. 17-20621-CMB

Dear Mr. Barrett,

The Bankruptcy Court received your letter dated September 2, 2019 addressed to Chief Judge Carlota Böhm concerning the above-referenced case. Your letter has been docketed and made a part of the official record in this case.

Please be advised that the Bankruptcy Court cannot consider a request for relief based on a letter delivered to the Court. Any request for relief must be filed in compliance with the United States Bankruptcy Code and the Federal Rules of Bankruptcy Procedure. Moreover, the Clerk of Court cannot provide legal advice. Should you have questions about your rights and remedies in this matter, you should contact an attorney.

Information about the docket for this case may be obtained through an attorney, or during regular office hours at the public kiosks located at the Bankruptcy Court. Docket information also may be obtained electronically through the Public Access to Court Electronic Records service found at http://www.pacer.gov.

Sincerely,
MICHAEL R. RHODES, CLERK

By: _____
John F. Kroto, Chief Deputy

Mr. Timothy M. Barrett
108 Galaxy Way
Yorktown, Virginia 23693
(757) 342-1671

September 2, 2019

The Honorable Chief Judge Carlota Böhm
Chief Judge of the U.S. Bankruptcy Court for Western Pennsylvania
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

RE:   *In Re: Timothy M. Barrett*
      Case Number: 17-20621

Dear Chief Judge Böhm:

As you know, I have filed a Motion that seeks from you a dismissal of my bankruptcy case on the basis that the bankruptcy has likely provided me no relief from any of my creditors, has hurt me in that the clock on the running of the IRS's time to collect my tax debt to them has stopped, and the dismissing of my bankruptcy will cause my creditors no harm. Indeed, in the case of my debt to the Minors, the dismissal may help my creditors by taking away arguments concerning discharge that I currently possess due to the bankruptcy that I will not possess should my bankruptcy case be dismissed. This matter is presently scheduled to be resolved by you on September 12, 2019, at 2:00 p.m.

But Mr. Minor has provided me what may be another avenue of relief that provides to me my ultimate goal – to rid myself of the IRS indebtedness – while preserving for him what he believes he gains in keeping me in bankruptcy.

In e-mailed correspondence among the parties, Mr. Minor mentioned that the IRS lien that they supplied the Court in their proof of their claim does not attach to anything, be it real or personal property, as I own no such property, and since their lien is not attached to anything, it is not a valid lien. If this is the case, and I lack the requisite knowledge to know if it is the case or not, then, in seems to me, that the IRS debt was dismissed when the Court entered its discharge order.

If the IRS debt has been discharged, there really is no reason to go forward with my motion to dismiss the bankruptcy case, as I will withdraw it. Therefore, I would like to file the enclosed Notice and Motion for the Court to Determine the Discharge Status of the Debtor's Debt to the Internal Revenue Service and have it also heard on September 12, 2019, at 2:00, being heard before my dismissal motion, which I will withdraw if the Court says the IRS debt is discharged.

I know this is not the usual procedure for the filing of a motion, nor may it even conform to the Court's usual standards for the filing and docketing of such, but you have been kind of overlook my past failures in this regard and I trust that you will continue to do so.

Thank you so very much for your consideration of this letter, and should we need to discuss it, please do not hesitate to call or e-mail. If not, I look forward to seeing you again on the 12th.

Sincerely,

*[signature]*

Timothy M. Barrett

CC:    All creditors on the matrix.

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

TIMOTHY M. BARRETT,

Debtor

Case No. 17-20621-CMB

Chapter 7

### NOTICE AND MOTION TO DETERMINE THE DISCHARGE STATUS
### OF THE DEBOR'S DEBT TO THE INTERNAL REVENUE SERVICE

Please take notice that on Thursday, September 12, 2019, at 2:00 p.m., or as soon thereafter as your Debtor may be heard, your Debtor will move this Honorable Court for a determination as to whether your Debtor's debt to the Internal Revenue Service was discharged or no when the Court discharged the debts of your Debtor.

_____
Timothy M. Barrett
Pro Se Debtor

Mr. Timothy M. Barrett
108 Galaxy Way
Yorktown, Virginia 23693
(757) 342-1671
Viceregent@cox.net

### CERTIFICATE OF SERVICE

I, Timothy M. Barrett, do hereby certify that a true and accurate copy of this Notice and Motion was served via U.S. First Class Mail on all creditors listed on the Court's Matrix on this, the 2nd day of September, 2019.

_____
Timothy M. Barrett