UNITED STATES BANKRUPTCY COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, Pennsylvania 15219-2801
Telephone: (412) 644-4052

Michael R. Rhodes
CLERK OF COURT

September 23, 2019

Timothy M. Barrett
108 Galaxy Way
Yorktown, VA 23693

Re: *In re Barrett;* Case No. 17-20621-CMB

Dear Mr. Barrett,

The Bankruptcy Court received your letter dated September 15, 2019 addressed to Chief Judge Carlota Böhm concerning the above-referenced case. Your letter has been docketed and made a part of the official record in this case.

Please be advised that the Bankruptcy Court cannot consider a request for relief based on a letter delivered to the Court. Any request for relief must be filed in compliance with the United States Bankruptcy Code and the Federal Rules of Bankruptcy Procedure. Moreover, the Clerk of Court cannot provide legal advice. Should you have questions about your rights and remedies in this matter, you should contact an attorney.

Furthermore, *Fed.R.Bankr.P. 4007* prescribes what is necessary to obtain a determination of the dischargeability of any debt and requires the filing of a complaint. Finally, *Fed.R.Bankr.P. 7001* directs that any adversary proceeding is governed by the rules of Part VII and *7001(6)* specifically provides that a proceeding to determine the dischargeability of a debt is governed by the applicable adversary proceeding rules.

Information about the docket for this case may be obtained through an attorney, or during regular office hours at the public kiosks located at the Bankruptcy Court. Docket information also may be obtained electronically through the Public Access to Court Electronic Records service found at http://www.pacer.gov.

Sincerely,
MICHAEL R. RHODES, CLERK

By: _____
John F. Kroto, Chief Deputy

Mr. Timothy M. Barrett<br>
108 Galaxy Way<br>
Yorktown, Virginia 23693<br>
(757) 342-1671<br>
<br>
September15, 2019

The Honorable Chief Judge Carlota Böhm
Chief Judge of the U.S. Bankruptcy Court for Western Pennsylvania
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

RE:   *In Re: Timothy M. Barrett*
      Case Number: 17-20621

Dear Chief Judge Böhm:

I have been contemplating what needs to be done on this case in order to bring it to a final resolution and have it removed from the Court's docket assuming that the Court does not grant my motion to dismiss.

I believe one of these needs is to resolve the question of whether my debts to Mr. and Mrs. Minor have been discharged or exempt from discharge as "domestic support obligations", as would be argued by the Minors.

To that end, I would like to file the enclosed Notice and Motion which asks the Court to establish a briefing schedule and date for a hearing for the Court to entertain oral argument on the matter.

Thank you so very much for your consideration of this letter, and should we need to discuss it, please do not hesitate to call or e-mail. If not, I look forward to seeing you again on the 17th.

Sincerely,

*[signature]*

Timothy M. Barrett

CC:    All creditors on the matrix.

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

TIMOTHY M. BARRETT,

Debtor

Case No. 17-20621-CMB

Chapter 7

### NOTICE AND MOTION TO ESTABLISH A BRIEFING SCHEDULE AND A HERING FOR ORAL ARGUMENT ON THE DISCHARGABILITY OF THE DEBTS TO MR. AND MRS. MINOR

Please take notice that on Thursday, October 17, 2019, at 2:45 p.m., or as soon thereafter as your Debtor may be heard, your Debtor will move this Honorable Court to establish a briefing schedule and a hearing date thereafter for the interest parties to be heard on the matter of whether or not the debts to Mr. and Mrs. Minor have been discharged or are not-dischargeable as "domestic support obligations" under U.S. Bankruptcy law.

_____
Timothy M. Barrett
Pro Se Debtor

Mr. Timothy M. Barrett
108 Galaxy Way
Yorktown, Virginia 23693
(757) 342-1671
Viceregent@cox.net

### CERTIFICATE OF SERVICE

I, Timothy M. Barrett, do hereby certify that a true and accurate copy of this Notice and Motion was served via U.S. First Class Mail on all creditors listed on the Court's Matrix on this, the 16nd day of September, 2019.

_____
Timothy M. Barrett